COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| FORD MOTOR COMPANY AND | § | |
| THE SEWELL FAMILY OF | | No. 08-14-00171-CV |
| COMPANIES,INC., | § | |
| | | Appeal from the |
| Appellants, | § | |
| | | 143rd Judicial District Court |
| V. | § | |
| | | of Reeves County, Texas |
| MARY TARANGO, INDIVIDUALLY | § | |
| AND AS SURVIVING SPOUSE OF | | (TC# 12-07-20190-CVR) |
| MANUAL GASTON TARANGO, | § | |
| DECEASED; MARISSA TARANGO, | | |
| et al., | | |
| Appellees. | | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a joint motion filed by the parties to dismiss the appeal pursuant to TEX.R.APP.P. 42.1 because the dispute between them has been resolved. We grant the motion and dismiss the appeal. The joint motion to dismiss does not address costs. Accordingly, costs of the appeal are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


September 23, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.